UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ELLIOT BAMER,<br><br>    Plaintiff,<br><br>   v.<br><br>SUTTER MEDICAL CENTER, CASTRO VALLEY,<br><br>    Defendant. | Case No.  15-cv-00433-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 23 |

    The parties have filed a stipulation of dismissal dated August 31, 2015.  ECF No. 23. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case has been dismissed with prejudice.  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: September 1, 2015

                                                      JON S. TIGAR<br>                                        United States District Judge